IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01739-WDM-CBS

VIRGINIA CORDOVA and
SONIA BOYD,

       Plaintiffs,

v.

THE CITY OF WESTMINSTER, COLORADO, et al.,

       Defendants.

---

## NOTICE OF STIPULATED DISMISSAL

---

Miller, J.

       This matter is before me on the stipulation for dismissal of all claims, with

prejudice, filed by the parties (doc no 20). I construe the stipulation as a notice of

dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and accordingly take judicial notice

that the complaint is dismissed with prejudice as to all defendants, each party her or his

own attorneys' fees and costs.

       DATED at Denver, Colorado, on December 7, 2007.

                       BY THE COURT:

                       s/ Walker D. Miller
                       United States District Judge